United States District Court

Eastern District of California

Bryant Flowers,

        Plaintiff,                      No. Civ. S 02-2364 MCE PAN P

   vs.                                Findings and Recommendations

Richard Remmer, et al.,

        Defendants.

-oOo-

    April 1, 2005, an order served on plaintiff was returned by the postal service as undeliverable. Plaintiff has failed to comply with Local Rule 83-182(f), which requires that a party appearing pro se inform the court of any address change.

    Accordingly, the court hereby recommends that this action be dismissed without prejudice. L.R. 83-183(b) (dismissal appropriate where pro se plaintiff fails to notify court of current address within 60 days of return of mail by U.S. Postal Service).

1    Pursuant to the provisions of 28 U.S.C. § 636(b)(1), these
2 findings and recommendations are submitted to the United States
3 District Judge assigned to this case.  Written objections may be
4 filed within 20 days of service of these findings and
5 recommendations.  The document should be captioned "Objections to
6 Magistrate Judge's Findings and Recommendations."  The district
7 judge may accept, reject, or modify these findings and
8 recommendations in whole or in part.
9    Dated:  July 12, 2005.

                              /s/ Peter A. Nowinski
                              PETER A. NOWINSKI
                              Magistrate Judge